# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOHN W. BISSELL**
CHIEF JUDGE

U.S.P.O. & COURTHOUSE
P.O. BOX 999
NEWARK, NJ 07101
(973) 645-2517

August 30, 2004

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D. C. 20544

ATT: JUDGE MARY M. LISI, CHAIR

     Re: Financial Disclosure Report
         Calendar Year 2003 Filing

Dear Judge Lisi:

Thank you for your letter of August 9, 2004. This response is for the purpose of answering the items raised, and is to be considered an amendment to the 2003 report. I will address these items in the order presented in your letter, a copy of which is also enclosed for your convenience. All references are to Part VII of the 2003 Financial Disclosure Report, unless otherwise stated.

1. Value Code J should be present in Column D(3) on page 11 at lines 141 and 142, page 12 at lines 143 and 158 and page 13 at lines 159-162. The 2003 report is so amended. This omission was inadvertent.

2. "Spirit Corp." appearing at page 13, line 164 is a typographical error. The asset is Sprint Corp. which was reported on my 2002 Financial Disclosure Report at Part VII, page 9, lines 142-145. It was the Sprint Corp. stock which was sold in full on March 17, 2003, and page 13, line 164 of the 2003 report is so amended.

3. A.T.&T. stock, reported at Part VII, page 1, line 8 of the 2002 report is still among our holdings; however, that stock is now exempt from disclosure due to reduction in value and income. Part VIII of the 2003 report is amended to add this explanation.

Thank you again for advising me of the items discussed above. I trust that my responses amending the 2003 Financial Disclosure Report are sufficient. I am at your disposal for any further inquiries which you or the Committee may have.

Respectfully yours,

███████ W. BISSELL
United States District Judge

Encl.

| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978. (5 U.S.C. App. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) BISSELL, John W. | 2. Court or Organization US District Court District of New Jersey | 3. Date of Report May 14, 2004 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief United States District Judge | 5. Report Type (check appropriate type) ___ Nomination, Date ___ ___ Initial  X Annual  ___ Final | 6. Reporting Period 1/1/03–12/31/03 |
| 7. Chambers or Office Address USPO & Courthouse Federal Sq., P.O. Box 999 Newark, New Jersey 07101-0999 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Trustee | Trust # 1 |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

2004 MAY 20 P 12: 22
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| X NONE (No reportable non-investment income.) | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| ☐ NONE (No reportable non-investment income.) | |
|---|---|
| 1 | |
| 2 | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | New Jersey State Bar Assoc. | May 14-16, 2003, transportation, meals, room and registration fees for annual meeting, Atlantic City, N.J. |
| 3 | | |
| 4 | New Jersey State Bar Assoc. | November 6-9, 2003, transportation, meals, room, recreation and registration fees for mid-year meeting, Paradise Island, Bahamas |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
| --- | --- | --- | --- | --- |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 14, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 Exxon Mobil | A | Div. | J | T | | | | | |
| 2 Potomac Elec. Power | A | Div. | J | T | | | | | |
| 3 Standard Oil of Cal. (Chevron/Texaco) | A | Div. | J | T | | | | | |
| 4 E.I. Dupont de Nemours | A | Div. | J | T | | | | | |
| 5 Decatur Fund | A | Div/cg | | | Sold | 10/30 | K | A | |
| 6 American Balanced Fund Class B | A | Div/cg | K | T | Bought | 11/1 | K | | |
| 7 Prudential Money Market (Asset Fund) | A | Div. | | | Liqui-dated | 4/04 | J | A | |
| 8 Verizon Communications | A | Div. | J | T | | | | | |
| 9 Bell South Corp. | A | Div. | J | T | | | | | |
| 10 Honeywell | A | Div. | J | T | | | | | |
| 11 SBC Communications | A | Div. | J | T | | | | | |
| 12 Pioneer Fund, Class C | A | Int. | J | T | | | | | |
| 13 PNC Bank, Wayne, NJ savings account | A | Int. | J | T | | | | | |
| 14 PNC Bank, Wayne, NJ savings account | A | Int. | J | T | | | | | |
| 15 PNC Bank, Wayne, NJ checking account | None | | J | T | | | | | |
| 16 PNC Bank, Wayne, NJ checking account | None | | J | T | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 Roll-over Keogh Plan from prior law practice into IRA # 1 (Items 1-186 below) | C | cg Div. | M | T | | | | | |
| 1 Accenture Ltd. | | | | | | | | | |
| 2 Alcan, Inc. | | | | | | | | | |
| 3 American Int'l Group | | | | | Bought | 3/13 | J | | |
| 4 " | | | | | " | 3/18 | J | | |
| 5 " | | | | | " | 3/19 | J | | |
| 6 " | | | | | " | 9/24 | J | | |
| 7 " | | | | | " | 9/25 | J | | |
| 8 " | | | | | " | 10/9 | J | | |
| 9 Aon Corp. | | | | | | | | | |
| 10 Automatic Data Processing | | | | | Bought | 7/14 | J | | |
| 11 " | | | | | " | 11/14 | J | | |
| 12 " | | | | | " | 11/17 | J | | |
| 13 Archer Daniels Midland | | | | | Bought | 3/7 | J | | |
| 14 " | | | | | Sold | 9/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 14, 2004 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 15 Bank of NY Co. Inc. | | | | | | | | | |
| 16 Bell South Corp. | | | | | Partial sale | 10/1 | J | | |
| 17 " | | | | | Sold | 10/16 | J | | |
| 18 BP PLC | | | | | Bought | 9/16 | J | | |
| 19 " | | | | | " | 10/8 | J | | |
| 20 Bank of America Corp. | | | | | Bought | 3/21 | J | | |
| 21 " | | | | | " | 4/2 | J | | |
| 22 " | | | | | " | 6/19 | J | | |
| 23 " | | | | | " | 6/25 | J | | |
| 24 " | | | | | " | 7/10 | J | | |
| 25 " | | | | | " | 8/28 | J | | |
| 26 Burlington Resources, Inc. | | | | | Partial sale | 1/29 | J | | |
| 27 " | | | | | Partial sale | 2/21 | J | A | |
| 28 " | | | | | Partial sale | 6/10 | J | A | |
| 29 " | | | | | Partial sale | 6/27 | J | A | |
| 30 " | | | | | Sold | 9/16 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 31 Bristol Myers, Squibb | | | | | Partial sale | 2/18 | J | | |
| 32 " | | | | | Partial sale | 4/25 | J | | |
| 33 " | | | | | Partial sale | 5/19 | J | | |
| 34 " | | | | | Sold | 9/29 | J | | |
| 35 Bearingpoint, Inc. | | | | | Partial sale | 4/25 | J | | |
| 36 " | | | | | Partial sale | 4/28 | J | | |
| 37 " | | | | | Sold | 5/3 | J | | |
| 38 Constellation Energy | | | | | Partial sale | 1/6 1/14 | J | | |
| 39 " | | | | | Partial sale | 1/31 | J | | |
| 40 " | | | | | Partial sale | 3/11 | J | | |
| 41 " | | | | | Partial sale | 8/14 | J | A | |
| 42 " | | | | | Partial sale | 10/27 | J | A | |
| 43 " | | | | | Sold | 12/9 | J | A | |
| 44 CSX Corp. | | | | | | | | | |
| 45 CIT Group | | | | | Sold | 7/31 | J | A | |
| 46 Citigroup, Inc. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 47 Comcast | | | | | Bought | 7/21 | J | | |
| 48 " | | | | | Sold | 10/30 | J | A | |
| 49 Cigna Corp. | | | | | | | | | |

CONTINUED ON NEXT PAGE.

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 50 Cardinal Health, Inc. | | | | | Bought | 8/22 | J | | |
| 51 " | | | | | " | 10/3 | J | | |
| 52 Chevron/Texaco Corp. | | | | | " | 5/28 | J | | |
| 53 " | | | | | " | 5/30 | J | | |
| 53 Cooper Industries Ltd. | | | | | " | 5/14 | J | | |
| 54 " | | | | | " | 5/19 | J | | |
| 55 " | | | | | " | 7/22 | J | | |
| 56 Deere Co. | | | | | Partial sale | 4/24 | J | A | |
| 57 " | | | | | Partial sale | 7/22 | J | A | |
| 58 " | | | | | Sold | 8/8 | J | A | |
| 59 Disney (Walt) Co. | | | | | Sold | 6/13 | J | A | |
| 60 Dupont | | | | | | | | | |
| 61 Dow Chemical | | | | | | | | | |
| 62 Diageo PLC | | | | | Bought | 10/14 | J | | |
| 63 " | | | | | " | 10/29 | J | | |
| 64 El Paso Corp. | | | | | Partial sale | 6/5 | J | | |

| | | |
|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 14, 2004 |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 65  El Paso Corp | | | | | Partial sale | 9/12 | J | | |
| 66        " | | | | | Sold | 9/16 | J | | |
| 67  Exxon-Mobil | | | | | Partial sale | 9/15 | J | A | |
| 68  Eastman Kodak | | | | | Bought | 10/14 | J | | |
| 69        " | | | | | Sold | 12/15 | J | A | |
| 70  Entergy Corp. | | | | | Bought | 9/2 | J | | |
| 71        " | | | | | " | 9/29 | J | | |
| 72        " | | | | | " | 11/17 | J | | |
| 73  First Data Corp. | | | | | " | 4/4 | J | | |
| 74 . FPL Group, Inc. | | | | | Bought | 4/4 | J | | |
| 75        " | | | | | " | 4/7 | J | | |
| 76        " | | | | | " | 10/1 | J | | |
| 76        " | | | | | " | 10/17 | J | | |
| 77  First Energy Corp. | | | | | " | 10/9 | J | | |
| 78  Fleet Boston Financial | | | | | . | | | | |
| 79  General Electric | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 80 Heinz, H.J. Inc. | | | | | Partial sale | 5/22 | J | | |
| 81 " | | | | | Partial sale | 10/2 | J | A | |
| 82 " | | | | | Sold | 12/19 | J | A | |
| 83 Hewlett Packard | | | | | Partial sale | 3/25 | J | | |
| 84 Home Depot, Inc. | | | | | | | | | |
| 85 Honeywell Int'l, Inc. | | | | | | | | | |
| 86 HCA, Inc. | | | | | Bought | 8/13 | J | | |
| 87 " | | | | | " | 9/15 | J | | |
| 88 IBM | | | | | | | | | |
| 89 John Hancock Financial | | | | | Partial sale | 9/29 | J | A | |
| 90 J.P. Morgan Chase | | | | | Bought | 1/13 | J | | |
| 91 " | | | | | Sold | 9/11 | J | A | |
| 92 Koninkl, Phil. | | | | | | | | | |
| 93 Kimberly Clark | | | | | Sold | 6/25 | J | A | |
| 94 Eli Lilly | | | | | Partial sale | 5/19 | J | | |
| 95 " | | | | | Partial sale | 6/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 96 Eli Lilly | | | | | Partial sale | 6/27 | J | A | |
| 97 " | | | | | Sold | 7/18 | J | A | |
| 98 Lockheed Martin Corp. | | | | | Bought | 3/17 | J | | |
| 99 " | | | | | " | 4/14 | J | | |
| 100 " | | | | | " | 5/23 | J | | |
| 101 " | | | | | " | 10/31 | J | | |
| 102 " | | | | | " | 11/3 | J | | |
| 103 Liberty Media Corp. | | | | | " | 3/17 | J | | |
| 104 " | | | | | " | 3/31 | J | | |
| 105 " | | | | | " | 7/10 | J | | |
| 106 Limited Brands, Inc. | | | | | " | 7/1 | J | | |
| 107 " | | | | | " | 7/3 | J | | |
| 108 " | | | | | " | 7/9 | J | | |
| 109 " | | | | | " | 7/10 | J | | |
| 110 " | | | | | " | 8/11 | J | | |
| 111 " | | | | | " | 8/12 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 112 Limited Brands, Inc. | | | | | Bought | 12/16 | J | | |
| 113 Morgan Stanley | | | | | " | 7/8 | J | | |
| 114 McDonald's Corp. | | | | | | | | | |
| 114 Microsoft Corp. | | | | | Bought | 6/3 | J | | |
| 115 " | | | | | " | 6/6 | J | | |
| 116 " | | | | | " | 6/26 | J | | |
| 117 " | | | | | " | 7/10 | J | | |
| 118 Monsanto Co. | | | | | Partial sale | 5/3 | J | | |
| 119 " | | | | | Sold | 7/30 | J | A | |
| 120 Merck & Co., Inc. | | | | | Bought | 7/29 | J | | |
| 121 " | | | | | " | 9/24 | J | | |
| 122 " | | | | | Sold | 10/3 | J | | |
| 123 News Corp. Ltd. | | | | | Bought | 6/26 | J | | |
| 124 " | | | | | " | 7/9 | J | | |
| 125 " | | | | | " | 7/10 | J | | |
| 126 " | | | | | " | 9/24 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 127 Newell Rubbermaid | | | | | Bought | 8/18 | J | | |
| 128 " | | | | | " | 9/18 | J | | |
| 129 " | | | | | Partial sale | 9/19 | J | | |
| 130 " | | | | | Bought | 12/10 | J | | |
| 131 " | | | | | " | 12/15 | J | | |
| 132 Northrup Grumman | | | | | Bought | 5/7 | J | | |
| 133 " | | | | | " | 5/23 | J | | |
| 134 " | | | | | " | 7/10 | J | | |
| 135 " | | | | | " | 9/23 | J | | |
| 136 " | | | | | " | 9/25 | J | | |
| 137 Oracle Corp. | | | | | | | | | |
| 138 Oxford Health Plans | | | | | Bought | 11/12 | J | | |
| 139 Pharmacia Corp. | | | | | Sold | 2/21 | J | | |
| 140 PNC Financial Services | | | | | | | | | |
| 141 Pepsico, Inc. | | | | | Bought | 4/7 | | | |
| 142 " | | | | | " | 5/20 | | | |

| | | | |
|---|---|---|---|
| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 143 Pepsico, Inc. | | | | | Bought | 9/10 | | | |
| 144 Pfizer, Inc. Del PV $0.05 | | | | | Bought | 2/20 | J | | |
| 145 " | | | | | " | 2/21 | J | | |
| 146 " | | | | | " | 4/17 | J | | |
| 147 " | | | | | " | 5/28 | J | | |
| 148 " | | | | | " | 7/10 | J | | |
| 149 " | | | | | " | 10/3 | J | | |
| 150 " | | | | | " | 10/6 | J | | |
| 151 Proctor & Gamble | | | | | " | 3/11 | J | | |
| 152 " | | | | | " | 6/20 | J | | |
| 153 " | | | | | " | 6/26 | J | | |
| 154 " | | | | | " | 7/10 | J | | |
| 155 Raytheon Co. | | | | | | | | | |
| 156 Reliant Resources | | | | | Partial sale | 3/25 | J | | |
| 157 " | | | | | Sold | 4/2 | J | | |
| 158 SBC Communications | | | | | Bought | 4/17 | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BISSELL, John W. | May 14, 2004 |

## VII. Page13 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 159 SBC Communications | | | | | Bought | 7/23 | | | |
| 160      " | | | | | " | 10/1 | | | |
| 161      " | | | | | " | 10/15 | | | |
| 162      " | | | | | " | 10/16 | | | |
| 163 Sara Lee Corp. | | | | | Partial sale | 2/21 | J | | |
| 164 Spirit Corp. | | | | | Sold | 3/17 | J | | |
| 165 Sunguard Data Sys. | | | | | Bought | 5/7 | J | | |
| 166      " | | | | | " | 5/30 | J | | |
| 167      " | | | | | " | 11/10 | J | | |
| 168 | | | | | Sold | 11/12 | J | A | |
| 169 Texas Instruments | | | | | Partial sale | 6/11 | J | | |
| 170      " | | | | | Sold | 7/10 | J | | |
| 171 Textron, Inc. | | | | | | | | | |
| 172 Thermo Electron Corp. | | | | | | | | | |
| 173 Tribune Co. | | | | | | | | | |
| 174 Tyco Int'l. | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less  F=$50,001- $100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less  N=$250,001-$500,000  P3=$25,000,001-$50,000,000 | K=$15,001-$50,000  O=$500,001-$1,000,000 | L=$50,001-$100,000  P1=$1,000,001-$5,000,000  P4=More than $50,000,000 | M=$100,001-$250,000  P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal  U=Book value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

## VII. Page14 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 175 Target Corp. | | | | | Bought | 12/3 | J | | |
| 176 " | | | | | " | 12/24 | J | | |
| 177 Time Warner, Inc. | | | | | " | 10/30 | J | | |
| 178 U.S. Bancorp | | | | | | | | | |
| 179 Unocal Corp. | | | | | | | | | |
| 180 Verizon Communications | | | | | | | | | |
| 181 XL Capital Ltd. | | | | | | | | | |
| 182 Williams Cos. (Del.) | | | | | | | | | |
| 183 Wells Fargo & Co. | | | | | Bought | 7/21 | J | | |
| 184 " | | | | | " | 8/18 | J | | |
| 185 ML Bank USARASP (money market) | | | | | | | | | |
| 186 Retirement Reserves CL 1 | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 19 Trust # 1 (Items 1-15 below) | E | Int/Div/cg | N | T | | | | | |
| 1 NJ State Tpke Auth. Bonds – Mat. 1/12 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 15 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 2 Del Twp. NJ School Dist Bonds - Mat 7/05 | | | | | Sold | 2/4 | K | A | |
| 3 W Chatham Dist NJ Bd of Ed Bonds - Mat. 1/25 | | | | | | | | | |
| 4 Del River Port Auth. Bonds - Mat 1/26 | | | | | | | | | |
| 5 NJ State EFA Bonds, Seton Hall - Mat. 1/26 | | | | | Sold | 5/21 | K | B | |
| 6 Puerto Rico Commonwealth Pub Imp. Sa 2001 Bonds - Mat 1/27 | | | | | | | | | |
| 7 NJ State Tpke Auth Bonds - Mat. 1/11 | | | | | | | | | |
| 8 Freehold Twp Bd of Ed Bonds - Mat. 2/31 | | | | | | | | | |
| 9 NJ State REv. - Jersey City Bonds - Mat. 1/32 | | | | | | | | | |
| 10 Puerto Rico Elec. Pwr. Auth. Bonds - Mat. 7/13 | | | | | | | | | |
| 11 NJ Bldg. Auth. Rev. Bonds - Mat 12/22 | | | | | | | | | |
| 12 CMA Money Fund | | | | | Bought | Passim | K | | |
| 13 U. Med. & Dent. N.J. Bonds - Mat. 4/25 | | | | | Bought | 1/28 | K | | |
| 14 N.J. State Ramapo College - Rev. Bonds - Mat. 4/25 | | | | | Bought | 3/26 | K | | |
| 15 PNC Bank, Wayne, NJ checking account | | | | | Opened | 5/26 | K | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 16 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code I (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 20 One-sixth interest in income of Trust # 2 comprised of following: | B | Int/ Div | N | T | | | | | |
| (a) Int'l Equity Common Trust Fund | | | | | | | | | |
| (b) General Stock Fund | | | | | | | | | |
| (c) Taxable Bond Fund | | | | | | | | | |
| (d) State Street Bank IMMA Trust | | | | | | | | | |
| | | | | | | | | | |
| 21 Life Insurance: | | | | | | | | | |
| 1. Guardian Whole Life | A | Div. | J | T | | | | | |
| 2. Guardian Whole Life | B | Div. | K | T | | | | | |
| 3. Guardian Whole Life | B | Div. | J | T | | | | | |
| 4. Guardian Whole Life | C | Div. | L | T | | | | | |
| (See note at Part VIII) | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>BISSELL, John W. | Date of Report<br><br>May 14, 2004 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

I.    <u>Positions:</u>  Estate # 1 was closed in 2002; therefore no position as Executor in 2003.

III.   <u>Non-Investment Income:</u>  Estate # 1 was closed in 2002; no commission in 2003.

VI.   <u>Liabilities:</u>  No credit card had a balance exceeding $10,000 on 12/31/03.

VII.  <u>IRA # 1:</u> All assets are common stocks unless otherwise stated.  Capital losses exceeded dividend income. D4 left blank for stock sales at capital loss per instructions at 51.

VII.  <u>Income Interest in Trust # 2:</u>  I have a 1/6 interest only in the income of this trust, with no rights to any eventual distribution of the corpus.  My personal distribution appears in Section VII page 16, item 20.  The value code (N) and the assets listed at subparts (a)-(d) are for the entire trust as a whole.  To preserve their privacy, I have not included the names of or distributions to the other trust beneficiaries, none of whom is either ███████ or a ███████

VII.  <u>Item 21, Life Insurance:</u>  In filing Financial Disclosure Reports since 1983, I was not aware until now that the cash values of whole life insurance were reportable assets. In reviewing the instructions this year, I noticed (for the first time) that this is the case.  I take full responsibility for this omission over the years, and have listed the four whole life policies currently held by ███████ and myself as assets 1 through 4 under Item 21 (page 16) in Part VII.  We acquired those policies on the following dates: # 1 – 6/10/76; # 2 – 12/6/81; # 3 – 6/16/87; # 4 – 12/6/90.  We held no other whole life or other reportable life insurance policies during the period 1983 through 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that ea███ ██████████ utside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the p██████████ ., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____      Date   May 14, 2004

NOTE: A███████████AL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT███████L AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544